John J. McMahon and Arthur C. Verge for Appellants.

Robert W. Kenny, Attorney General, and Bayard Rhone, Deputy Attorney General, for Respondent.

THE COURT.—The material facts and contentions of this case are substantially the same as those involved and considered in the case of *People* v. *One 1937 Lincoln, L. A. 19132,* this day decided, *ante,* p. 736 [160 P.2d 769]. What we there said is determinative of this appeal.

The judgment is reversed with directions to the trial court to enter judgment releasing the vehicle to the owner.

160 P.2d 771]

[L. A. No. 19124. In Bank. July 10, 1945.]

THE PEOPLE, Appellant, v. ONE 1942 DODGE SEDAN, Defendant; WILLIAM WILLIFORD et al., Respondents.

Robert W. Kenny, Attorney General, and Bayard Rhone, Deputy Attorney General, for Appellant.

Glines & Libeu and Wm. G. Junge for Respondents.

THE COURT.—The material facts and contentions of this case are substantially the same as those involved and considered in the case of *People* v. *One 1937 Lincoln, L. A. 19132,* this day decided, *ante,* p. 736 [160 P.2d 769]. What we there said is determinative of this appeal.

The judgment releasing the vehicle to the owner is affirmed.